**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6452**

─────────

KEVIN SMITH, a/k/a Bar-None-Royal Blackness,

                                        Plaintiff - Appellant,

        versus


SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
MICHAEL W. MOORE; WILLIAM D. CATOE; JAMES L.
HARVEY; LAURIE F. BESSINGER; JOYCE BROWN;
THOMAS MCCANTS; VAUGHN JACKSON; ANTHONY
SARLARDO; M. ASKEW; KENNETH MANIGO,

                                        Defendants - Appellees.


─────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-98-2490-10-23)

─────────

Submitted:  June 17, 1999          Decided:  June 23, 1999

─────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Kevin Smith, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Smith appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint without prejudice. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smith v. South Carolina Dep't of Corrections</u> No. CA-98-2490-10-23 (D.S.C. Mar. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>